RECEIVED

NOV 2 7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 1 23 07
6b

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| **FLOYD NOEL** | **CIVIL ACTION NO. 06-0237** |
| **VS.** | **SECTION P** |
| **BURL CAIN, WARDEN** | **CHIEF JUDGE HAIK** |
| | **MAGISTRATE JUDGE HILL** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this federal *habeas corpus* petition be **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in Chambers, in Lafayette, Louisiana, on this 22nd day of January, 2007.

**RICHARD T. HAIK**
**UNITED STATES DISTRICT JUDGE**